UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOVIE BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00405-JPG-DGW |
| | ) | |
| MICHAEL MILES and, | ) | |
| GIBCO MOTOR EXPRESS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **Consolidated with**: |
| | ) | |
| ADA BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00406-JPG-DGW |
| | ) | |
| MICHAEL MILES and, | ) | |
| GIBCO MOTOR EXPRESS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **Consolidated with**: |
| | ) | |
| DOVIE BOSWELL, as next friend and | ) | |
| Mother of Devin Young, a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00407-JPG-DGW |
| | ) | |
| MICHAEL MILES and, | ) | |
| GIBCO MOTOR EXPRESS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion to Consolidate Causes of Action (Doc. 6, 15-CV-407). Pursuant to Federal Rule of Civil Procedure 42(a) the Court has discretion

to consolidate actions that involve a common question of law or fact. *Star Ins. Co. v. Risk Marketing Group Inc.*, 561 F.3d 656, 660 (7th Cir. 2099). *Boswell v. Miles,* (Case Number 15-cv-407-JPG-DGW); *Baker v. Miles*, (Case Number 15-cv-00406-JPG-DGW); and *Boswell v. Miles,* (Case Number 15-cv-00405-JPG-DGW) all involve common questions of law and fact, namely, the accident which occurred on February 8, 2013, on Interstate 55/70 in Illinois.

Accordingly, for the purposes of discovery and trial, the Court hereby **GRANTS** Defendants' Motion to Consolidate (Doc. 6). The Clerk of Court is **DIRECTED** to **CONSOLIDATE** *Boswell v. Miles,* (Case Number 15-cv-407-JPG-DGW); *Baker v. Miles*, (Case Number 15-cv-00406-JPG-DGW); and *Boswell v. Miles,* (Case Number 15-cv-00405-JPG-DGW). All future filing shall bear the consolidated caption used in this order and shall be filed only in *Boswell v. Miles,* (Case Number 15-cv-405-JPG-DGW). The Court will strike any filings in Case Number 15-cv-00407-JPG-DGW and Case Number 15-cv-00406-JPG-DGW subsequent to this order. The Clerk of Court is further **DIRECTED** to file a copy of this order in each case.

**IT IS SO ORDERED.**

**DATED:** 6/10/2015          *s/J. Phil Gilbert*
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**